IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

SANDRA JOY MISSEIJER,           )
                                )
            Plaintiff,          )     TC-MD 120041D
                                )
      v.                        )
                                )
DEPARTMENT OF REVENUE,          )
State of Oregon,                )
                                )
            Defendant.          )     **DECISION OF DISMISSAL**

This matter is before the court on Defendant's Motion to Dismiss on the ground that

Plaintiff failed to appeal within the 90 days required by ORS 305.280.

A case management conference was scheduled for Tuesday, March 13, 2012. Plaintiff

did not appear. Defendant's representative, Tami Powers, Auditor, appeared. The court and

Defendant did not discuss Defendant's Motion to Dismiss.

A review of Plaintiff's materials shows that Notices of Deficiency Assessment were

mailed to Plaintiff on October 18, 2011. The Complaint was postmarked on January 17, 2012.

This interval is one day longer than the 90 days required by ORS 305.280(2) (2007), which

provides:

> "An appeal under ORS 323.416 or 323.623 or from any notice of assessment or
> refund denial issued by the Department of Revenue with respect to a tax imposed
> under ORS chapter 118, 308, 308A, 310, 314, 316, 317, 318, 321 or this chapter,
> or collected pursuant to ORS 305.620, shall be filed within 90 days after the date
> of the notice. An appeal from a proposed adjustment under ORS 305.270 shall be
> filed within 90 days after the date the notice of adjustment is final."

The court is not aware of any circumstances that extend the statutory limit of 90 days.

Defendant's Motion to Dismiss is granted.

/ / /

Defendant's Answer, filed February 17, 2012, stated:

> "The Notice of Deficiency Assessment for each tax year in question can not be appealed to the Magistrate Division unless Plaintiff first pays the account in full in accordance with ORS 305.280(3). This law states that taxpayers have two years to appeal an assessment notice after tax, penalty, and interest have been paid in full.
>
> "Plaintiff's other option is to request relief under the doubtful liability statute ORS 305.295. A request under this statute must be sent to **the Department of Revenue**."

(Emphasis in original.) Plaintiff may want to pursue Defendant's suggested options. Now, therefore,

IT IS THE DECISION OF THIS COURT that Defendant's Motion to Dismiss is granted.

The Complaint is dismissed.

Dated this ____ day of March 2012.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on March 15, 2012. The Court filed and entered this document on March 15, 2012.*